IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI WORKMAN, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-510 |
| | ) | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | ) | |
| Respondents. | ) | |

O R D E R

AND NOW, this 14th day of August, 2015, after the petitioner, Lori Workman, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 10), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 9) is dismissed as time barred and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States Chief District Judge

cc: Lori Workman
OR-8566
SCI Cambridge Springs
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238